# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER JAMES JONES,<br><br>               Petitioner,<br><br>   v.<br><br>M.D. BITER, Warden,<br><br>              Respondent. | Case No. CV 11-8050-CAS (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: February 29, 2012

                                            CHRISTINA A. SNYDER
                                        UNITED STATES DISTRICT JUDGE